CAGLE v. ROBERT HALL CLOTHES

No. 13 PC.

Case below: 9 N.C. App. 243.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 October 1970.

ENTERPRISES, INC. v. STEVENS

No. 141 PC.

Case below: 9 N.C. App. 228.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 October 1970.

GIBSON v. MONTFORD

No. 8 PC.

Case below: 9 N.C. App. 251.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 October 1970.

HODGES v. WELLONS

No. 3 PC.

Case below: 9 N.C. App. 152.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 October 1970.

HORTON v. INSURANCE CO.

No. 7 PC.

Case below: 9 N.C. App. 140.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 October 1970.